FILED
CLERK, U.S. DISTRICT COURT
September 17, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO DANIEL ORTIZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POWERHOUSE RETAIL SERVICES, LLC, a Texas limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-07061-SJO-PJW<br><br>**JUDGMENT**<br><br>Hon. S. James Otero<br>Dept: 10C |

///
///
///
///
///
///

The Motion for Summary Judgment ("Motion") filed by Defendant Powerhouse Retail Services, LLC ("Defendant") in the above-entitled action came on for consideration on September 11, 2018 in Department 10C of the above-entitled Court, the Honorable S. James Otero, presiding. After considering the moving and opposition papers and evidence, the Court granted the Motion for Summary Judgment. [*See* ECF Docket No. 24.]

In accordance with the above-entitled Court's order granting Defendant's Motion for Summary Judgment against Plaintiff Roberto Daniel Ortiz's claims in their entirety, the Court now enters judgment in favor of Defendant and against Plaintiff. IT IS HEREBY ADJUDGED that Plaintiff's claims are all dismissed with prejudice, that Plaintiff shall take nothing, that Defendant shall have judgment against Plaintiff on all claims, and that Defendant is the prevailing party and shall recover its reasonable costs of suit.

IT IS SO ORDERED.

Dated: 9/17/18

_____
Hon. S. James Otero
U.S. District Judge